**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Nita Almuete Paddit PALMA,**
**Defendant—Appellant.**

**No. 10–50120.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2012.*

Filed July 19, 2012.

Steven Arkow, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Sherwin Carl Edelberg, Claire Navarro Espina, Law Offices of Edelberg & Espina, Tarzana, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Nita Almuete Paddit Palma appeals from her jury-trial conviction and 42–month sentence for two counts of illegal remunerations, in violation of 42 U.S.C. § 1320a–7b(b)(1)(A). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Palma's counsel has filed a brief stating there are no grounds

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for relief, along with a motion to withdraw as counsel of record. We have provided Palma with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.